IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PSARA ENERGY, LTD. § § Plaintiff § § § SPACE SHIPPING, LTD.; ADVANTAGE § AVENUE SHIPPING, LLC; GEDEN § HOLDINGS LTD; GENEL § DENIZCILIK NAKLIYATI A.S. A/K/A § GEDEN LINES; ADVANTAGE TANKERS, § LLC; ADVANTAGE HOLDINGS, LLC; § FORWARD HOLDINGS, LLC; MEHMET§ EMIN KARAMEHMET and GULSUN NAZLI § KARAMEHMET WILLIAMS § § Defendants. § | C.A. NO. ADMIRALTY |

## VERIFICATION OF COMPLAINT

Pursuant to 28 U.S.C. §1746, Despoina Bacha, declares under the penalty of perjury:

1. I am an individual of sound mind, and have never been convicted of a crime of moral turpitude.

2. I am a citizen of Greece and a resident of Athens and a lawful representative of the Plaintiff in the above action and duly authorized on its behalf to make this verification.

3. I have read the foregoing Verified Complaint and exhibits thereto in the above captioned action and know the contents thereof; and

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed in Athens, Greece this 24th day of August, 2016

*[signature]*

Despoina Bacha

DESPINA E. BACHA
LAWYER, MEMBER OF
PIRAEUS ASSOCIATION BAR
22, DIOVOUNIOTOU STR.,
NEO FALIRO, PIRAEUS