**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PSARA ENERGY, LTD. | : |
| | : |
| Plaintiff | : |
| | : |
| SPACE SHIPPING, LTD.; ADVANTAGE | : |
| AVENUE SHIPPING, LLC; GENEL | : |
| DENIZCILIK NAKLIYATI A.S. A/K/A | : CIVIL ACTION NO. |
| GEDEN LINES; ADVANTAGE TANKERS, | : |
| LLC; ADVANTAGE HOLDINGS, LLC; | : |
| FORWARD HOLDINGS, LLC; MEHMET | : |
| EMIN KARAMEHMET and GULSUN NAZLI | : |
| KARAMEHMET WILLIAMS | : |
| | : |
| Defendants. | : |

## MOTION FOR ISSUANCE OF WRIT OF MARITIME ATTACHMENT

Plaintiff, PSARA ENERGY, LTD (hereinafter "PSARA" or "Plaintiff"), by and through

undersigned counsel, hereby moves for the issuance of an Order directing the Clerk of this Court

to issue a Writ of Maritime Attachment of the M/T ADVANTAGE AVENUE, which is now or

soon will be present within the District, and in support thereof avers as follows:

1.      Pursuant to a charter party dated February 23, 2010, Plaintiff bareboat charterered

its vessel, MOTOR TANKER CV STEALTH, to SPACE SHIPPING, LTD (hereinafter

"SPACE"). *See* EXHIBIT 1 to the Verified Complaint (hereinafter "Bareboat Charter").

2.      Under the terms of the Bareboat Charter, the latest date for the redelivery of the

CV STEALTH to Plaintiff was on June 22nd, 2015.

3.      Defendant SPACE (hereinafter also "Charterer") failed to redeliver the CV

STEALTH to Plaintiff, her lawful owner, but continues to possess it, and is failing and refusing

to pay the outstanding monthly hire.

4.      The outstanding unpaid hire from May 1, 2015 to September 30, 2016, which is currently due and owing, is USD 6,520,373.71.

5.      Plaintiff through court proceedings has attached funds of SPACE in the United Kingdom in the amount of USD 2,000,975.00, and in proceedings in the United States it attached the vessel ADVANTAGE ANTHEM, and substitute security for her release in the amount of USD 1,700,000.00 was posted by her owners.  However, the sums attached are insufficient to secure further and additional bareboat charter hire that has been earned by the CV STEALTH and accrued since May 1, 2015.  The said unsecured and unpaid amount is USD 2,819,398.71, exclusive of interest and costs.

6.      Non-party Geden Holdings, Ltd. (hereinafter "Geden Holdings") is the 100% controlling parent of SPACE and guarantor of its performance of the Bareboat Charter.

7.      ADVANTAGE AVENUE SHIPPING, LLC is the registered owner of the M/T ADVANTAGE AVENUE, and is owned and 100% controlled by the holding company AVANTAGE TANKERS LLC.

8.      ADVANTAGE TANKERS LLC, ADVANTAGE AVENUE SHIPPING, LLC and certain other one ship companies are successor corporations of Geden Holdings and other one ship companies that Geden Holdings formerly controlled (including True Shipping. Ltd., the former registered owner of the M/T "TRUE", renamed "ADVANTAGE AVENUE"), and therefore ADVANTAGE TANKERS LLC and ADVANTAGE AVENUE SHIPPING, LLC are liable for the debts and contractual obligations of Defendant SPACE, including those created by the Bareboat Charter. *See* ¶¶ 23 -40 of Verified Complaint.

9.      Between January and June 2015, Geden Holdings, acting in concert with the other Defendants, surreptitiously caused the transfer of all vessels it had owned through one-ship-companies (11 crude oil carriers) to new one-ship-companies, all owned and 100% controlled by a new holding company ADVANTAGE TANKERS, LLC.  As part of this process all of the vessels were re-flagged, re-named, re-financed, and re-mortgaged.   The ADVANTAGE AVENUE is one of these vessels.  Her former name is "TRUE".  *See ¶¶* 23 -58 of Verified Complaint.

10.      ADVANTAGE TANKERS LLC and the one-ship companies it controls are successor corporations of Geden Holdings and the "old" one-ship-companies it controlled, liable for the debts of the Charterers. *See ¶¶* 23 -40 of Verified Complaint.

11.      The transfer of the shipping assets controlled by Geden Holdings to ADVANTAGE TANKERS, LLC was a conveyance intended to hinder, delay, or defraud creditors, including Plaintiff, and should be set aside. *See ¶¶* 41-58 of Verified Complaint.

12.      Plaintiff has a valid claim in Admiralty for the breach of a maritime contract, *i.e.* the Bareboat Charter.

13.      The Charterer SPACE is not present in the District but has property present in the District, *i.e.* the M/T ADVANTAGE AVENUE.

14.      The M/T ADVANTAGE AVENUE, though registered in the name of ADVANTAGE AVENUE SHIPPING, LLC, may be seized under process of maritime attachment and garnishment as security for Plaintiff's claims against the Charterers SPACE for the reasons stated in the Verified Complaint and exhibits therein, as well as in the accompanying memorandum of law in support of this Motion. *See also Japan Line, Ltd. v. Willco Oil Ltd.*, 424 F. Supp. 1092, 1094 (D. Conn. 1976) (In breach of charter party case, the Court found that

3

Complaint alleged sufficient facts to support maritime attachment against assets of defendant to whom they had allegedly been fraudulently transferred.)

WHEREFORE, Plaintiff prays that this Court:

(a)     enter an Order directing the Clerk to issue a Writ of Maritime Attachment for the M/T ADVANTAGE AVENUE;

(b)     all persons claiming an interest therein may be cited to appear and answer the matters aforesaid and that the M/T ADVANTAGE AVENUE may be seized, condemned and sold and the proceeds be held as security for Plaintiff's claim; and

(b)     That Plaintiff may have such other and further relief as may be just and proper in the circumstances.

Respectfully submitted,

**REEVES McEWING LLP**

By: _Mary F. Reeves_

Mary Elisa Reeves, Esq.
719 E. Passyunk Avenue
Philadelphia, PA 19147
Telephone: 267-324-3773
E-mail: reeves@lawofsea.com
Attorney Id # 44194
*Attorneys for Plaintiff*

September 0 , 2016

*Of Counsel:*

/s/ George A. Gaitas
George A. Gaitas
Federal Bar No. 705176
Chalos & Co, P.C.
7210 Tickner Street

Houston, Texas 77055
Telephone: 713-936-2427
Fax: 866-702-4577
E-mail:gaitas@chaloslaw.com
*Pro Hac Vice Application forthcoming*