# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| **PLAINTIFF** PSARA Energy LTD | **COURT CASE NUMBER** 16-CV-4840 |
| **DEFENDANT** Space Shipping LLC et.al. | **TYPE OF PROCESS** Admiralty Arrest |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Advantage Avenue

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 Green Street, Marcus Hook, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Reeves & McEwing LLC
Lisa Reeves, Esquire
719 E. Passyunk Ave
Philadelphia, PA 19147

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Arrest vessel Advantage Avenue currently docked at Marcus Hook Port

Signature of Attorney or other Originator requesting service on behalf of:
Lisa Reeves, Esquire
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 267-324-3773
DATE: 9/9/2016

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 66 | 66 | [signature] | 9-9-2016 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): CAPTAIN OF VESSEL

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9-9-2016   Time: 1:45 pm

Signature of U.S. Marshal or Deputy: Banks 083

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 195.00 | 23.76 | — | 218.76 | 1,000 | | |

REMARKS: 44 RT miles @ .54

— CAPTAIN SERVED WITH ARREST PAPERS. Ship currently docked at MARCUS HOOK — permitted to move to MARCUS HOOK Anchorage when finished offloading.
— COAST GUARD NOTIFIED — Ship Turned over to Ring as Substitute Custodian

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)